1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DEREK OWENS (CABN 230237)
   Assistant United States Attorneys
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Fax: (415) 436-6488
      E-Mail: derek.owens@usdoj.gov
8
   Attorneys for the United States of America
9

FILED
JAN 2 4 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )   No. CR 10-0861 JSW
                                      )
14 |      Plaintiff,                  )
                                      )   **PETITION FOR AND WRIT OF**
15 | v.                               )   **HABEAS CORPUS AD**
                                      )   **PROSEQUENDUM**
16 | ALEXANDER CURETON,               )
                                      )
17 |      Defendant.                  )
                                      )

18

19      To the Honorable Bernard Zimmerman, United States District Court Judge of the United
20 States District Court for the Northern District of California:
21      The United States of America respectfully petitions the Court to issue a Writ of Habeas
22 Corpus Ad Prosequendum for the prisoner ALEXANDER CURETON, whose place of custody
23 and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the
24 prisoner is required to appear in the above-entitled matter in this Court, and therefore
25 //
26 //
27 //
28 //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 10-0861 JSW

petitioner requests that this Court issue the Writ as presented.

DATED: January 23, 2011                    Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                /s/ Derek Owens

                                                DEREK OWENS
                                                Assistant United States Attorney

IT IS SO ORDERED.

DATED: 24 Jan 2011

                                                HON. BERNARD ZIMMERMAN
                                                United States Magistrate Judge

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To: Donald M. O'Keefe, United States Marshal for the Northern District of California; any of |
| 3 | his authorized deputies; and the Jailor, Warden, or Sheriff of the California Department of |
| 4 | Corrections and Rehabilitation Facility at San Quentin, San Quentin, CA 94964, (415) 454-1460. |
| 5 |   |
| 6 | **GREETINGS** |
| 7 | WE COMMAND that on February 17, 2011, at 9:30 p.m., you have and produce the |
| 8 | body of ALEXANDER CURETON, California Department of Corrections number V047131, in |
| 9 | your custody in the above-referenced institution, before the United States District Court in and |
| 10 | for the Northern District of California, in the Courtroom of the Honorable Maria-Elena James, |
| 11 | 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so ALEXANDER |
| 12 | CURETON may then and there appear for prosecution upon the charges filed against him in the |
| 13 | above-captioned case, and that immediately after said hearing to return him forthwith to the |
| 14 | above-referenced institution, or to abide by such order of the above-entitled Court concerning the |
| 15 | custody of ALEXANDER CURETON, and to further produce ALEXANDER CURETON at all |
| 16 | times necessary until the termination of the proceedings in this Court; |
| 17 | WE FURTHER COMMAND that if the prisoner is to be released from custody in the |
| 18 | above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States |
| 19 | Marshal or any of his authorized deputies pursuant to this writ. |
| 20 | WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the |
| 21 | United States District Court for the Northern District of California. |

DATED: 1/24/2011

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK
ROSE MAHER

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 10-0861 JSW

3